# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> **REX S. ALADO aka REX** | **NOTICE** <br><br> CASE NUMBER: CR-98-00310-002 |

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| TYPE OF PROCEEDING | DATE AND TIME |
| MOTION TO DISMISS AND NOT VACATE GUILTY PLEA | |

**FILED**
DISTRICT COURT OF GUAM
AUG - 8 2005
MARY L.M. MORAN
CLERK OF COURT

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place <br> District Court of Guam <br> 4th Floor, U.S. Courthouse <br> 520 West Soledad Avenue <br> Hagatna, Guam | DATE AND TIME PREVIOUSLY SCHEDULED <br><br> Tuesday, August 9, 2005 at 10:00 a.m. | CONTINUED TO DATE AND TIME <br><br> Tuesday, August 9, 2005 at 3:30 p.m. |
|---|---|---|

| | MARY L. M. MORAN <br> CLERK OF COURT |
|---|---|
| August 5, 2005 <br> DATE | (BY) DEPUTY CLERK |

TO:    U.S. Attorney
        Samuel S. Teker
        U.S. Probation Office
        U.S. Marshal