

FILED
DISTRICT COURT OF GUAM
AUG 10 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 98-00310**  **DATE: 08/09/2005**

**HON. CONSUELO B. MARSHALL, Designated Judge, Presiding**       Law Clerk: NONE PRESENT
Court Reporter: Wanda M. Miles                                    Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded: 5:02:24 - 5:18:50**            CSO: J. McDonald / P. Taijeron

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***A P P E A R A N C E S**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: REX S. ALADO aka "REX"**                                 **ATTY : SAMUEL TEKER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.                 ( X ) PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID                                      AGENT: ROB ROBERTSON, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT

U.S. PROBATION: MARIA CRUZ                                        U.S. MARSHAL: W. GRAY

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( ) DEFENDANT SWORN AND EXAMINED: AGE: ___   HIGH SCHOOL COMPLETED: _____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY*  ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO: __AUGUST 10, 2005__ at __1:30 P.M.__
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court and counsel discussed the amended plea agreement. Defense counsel stated that the plea is pursuant to Fed. R. Crim. P. 11(c)(1)C. He further stated that if the plea is accepted he will move to withdraw his Motion to Dismiss. Defense counsel requested the Court for a continuance so that he may consult with his client about his options and the nature of the plea. No objection. GRANTED.