# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Rex S. Alado aka Rex, <br><br> Defendant. | Case No. 1:98-cr-00310 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice, filed August 8, 2005* on the dates indicated below:

| *U.S. Attorney's Office* | *Samuel S. Teker* | *U.S. Probation Office* | *U.S. Marshal Service* |
|---|---|---|---|
| *August 8, 2005* | *August 11, 2005* | *August 8, 2005* | *August 9, 2005* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Notice, filed August 8, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 12, 2005              /s/ Marilyn B. Alcon
                                    Deputy Clerk