LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**ORIGINAL FILED**
DISTRICT COURT OF GUAM
OCT 13 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> REX S. ALADO, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 98-00310 <br><br> **GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT** |

Comes now the United States and adopts the findings of the Presentence Investigation Report. Also, prior to the sentencing hearing, the government intends to file a substantial assistance downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 12th day of October 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney