**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Rex S. Alado*

**FILED**
DISTRICT COURT OF GUAM

NOV - 7 2005 ᵖ

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. CR98-00310 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT ALADO'S MOTION** |
| vs. | ) | **TO CONTINUE SENTENCING** |
| | ) | **AND TO WITHDRAW PLEA** |
| REX S. ALADO | ) | **AGREEMENT** |
| | ) | |
| Defendant. | ) | |

----------

**MOTION TO CONTINUE SENTENCING AND**
**TO WITHDRAW PLEA AGREEMENT**

Comes now, the Defendant, Rex S. Alado, through counsel, Samuel S. Teker, Esq., and moves this Honorable Court to allow him to continue his sentencing, withdraw his Second Amended Plea Agreement and to continue on with his motion to dismiss, filed on February 8, 2005. The grounds for this motion are that it is fair and just to permit Defendant Alado to withdraw from

///

///

**ORIGINAL**

1    the plea agreement. This motion is made pursuant to Rules 11 and 32(e) of the Federal Rules of

2    Criminal Procedure, *U.S. vs. Hyde*, 117 S.Ct. 1630 (1997), and is based upon the records and files

3    in this matter as well as the authorities hereto in the attached memorandum.

4                 DATED at Hagåtña, Guam, on November 7, 2005.

5                           **TEKER TORRES & TEKER, P.C.**

6

7                      By_____

8                        **SAMUEL S. TEKER, ESQ.**
                          Attorneys for Defendant, *Rex S. Alado*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

LJT:cs

23   PLDGS:ALADO, REX:005

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4