**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Rex S. Alado aka "Rex*

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR98-00310-002 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT REX S. ALADO'S OBJECTIONS TO FACTS IN PRESENTENCE REPORT** |
| PRUDENCIO MANTANONA aka "LARRY" and REX S. ALADO aka "REX", | ) | |
| Defendants. | ) | |

----------

**OBJECTIONS**

Defendant does not object to the sentence calculations that the United States Probation Office calculated. However, the Defendant would like to correct some factual inconsistencies in the Presentence Investigation Report ("PSI Report").

1. On page 2 of the PSI Report, probation lists Defendant Alado as thirty-five (35) years old, however, Defendant Alado is thirty-four (34) years old.

2. In Paragraph 5, page 4 of the PSI Report, lists that the undersigned was appointed to represent Defendant Alado. However, the undersigned was retained by Defendant Alado.

3. In Paragraph 6, page 4 of the PSI Report, District Judge Consuelo B. Marshall never heard the Motion to Dismiss the Indictment, as the motion was held over pending Defendant Alado's entry of a guilty plea.

4. In Paragraph 7, page 4 of the PSI Report, the U.S. Probation Office was ordered to submit a PSI Report on October 4, 2005, however, the U.S. Probation Office did not submit said report until October 13, 2005.

5. In Paragraph 19, page 7 of the PSI Report, the undersigned has represented numerous criminal defendants in the federal system and the undersigned has never seen a review of a defendant's confinement file included in the PSI report.

6. In Paragraph 51, page 13 of the PSI Report, Defendant Alado believes that he only pled guilty to driving under the influence of drugs and never plead guilty to possess of a controlled substance and, therefore, his criminal history point for that section should be one (1) and not two (2).

7. In Paragraph 75, page 19 of the PSI Report, Defendant Alado is allergic to Rifedin, however, Defendant Alado does not have tuberculosis.

8. In Paragraph 77, page 20 of the PSI Report, Defendant Alado states that at age fifteen (15) he did not start snorting ice or shabu in the Philippines and it was not until age twenty (20) that he started snorting speed or methamphetamine.

9. In Paragraph 78, page 20 of the PSI Report, Defendant Alado did not get ice from his relatives and that he only obtained it from his friends.

10. In Paragraph 84, page 21 of the PSI Report, Defendant Alado would like to clear up with the Court that the owner of the video store eventually found out who stole money from the store and apologized to Defendant Alado for blaming him.

Defendant Alado agrees with all other aspects of the Presentence Investigation Report.

Dated this 7th day of November, 2005.

**TEKER TORRES & TEKER, P.C.**

By /s/
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant Rex S. Alado aka "REX"*