**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Rex S. Alado*

FILED
DISTRICT COURT OF GUAM
NOV - 7 2005 ??
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR98-00310 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| REX S. ALADO, | ) | |
| | ) | |
| Defendant. | ) | |

----------

I, SAMUEL S. TEKER, hereby certify as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on ~~June 2,~~ November 7 2005, I caused Defendant, Rex S. Alado's Motion to Continue Sentencing and to Withdraw Plea Agreement; Memorandum of Law; Declaration of Counsel and this Certificate of Service to be served, via hand delivery, on the Office of the United States Attorney, at its offices located at 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

///

ORIGINAL
Case 1:98-cr-00310    Document 123    Filed 11/07/2005    Page 1 of 2

1     I declare under the penalty of perjury under the laws of the United States of America
2 that the foregoing is true and correct.
3     DATED this 7th day of November, 2005.

                                                      **SAMUEL S. TEKER**

SST:cs
PLDGS:ALADO, REX:008

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4