TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Rex S. Alado*

FILED
DISTRICT COURT OF GUAM
NOV -8 2005 9P
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. CR98-00310 |
| Plaintiff, | ) | |
| vs. | ) | **AMENDED DECLARATION OF COUNSEL** |
| REX S. ALADO | ) | |
| Defendant. | ) | |

----------

I, Samuel S. Teker, hereby declare as follows:

1. I am counsel for Defendant, Rex S. Alado, having been retained.

2. I have reviewed the records and files in this matter, and spoken with Rex S. Alado. The facts statements set forth in the Memorandum and Motion filed herein on November 7, 2005 documents filed herewith are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED at Hagåtña, Guam, on November 7, 2005.

_____
SAMUEL S. TEKER, ESQ.