LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hågatña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

NOV - 9 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>REX S. ALADO a/k/a "REX",  )<br>  )<br>Defendant.  )<br>_____ ) | CRIMINAL CASE NO. 98-00310<br><br>**GOVERNMENT'S MOTION TO DISMISS COUNTS 1 AND 2 OF INDICTMENT** |

The United States hereby moves this Honorable Court for an order dismissing Counts 1 and 2 of the Indictment in the above-entitled action.

This motion is made pursuant to a plea agreement dismissing Counts 1 and 2 upon sentencing.

RESPECTFULLY SUBMITTED this 9th day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney