LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REX S. ALADO a/k/a "REX", <br><br> Defendant. | CRIMINAL CASE NO. 98-00310 <br><br> ORDER <br> re: November 9, 2005 <br> United State's Motion to Dismiss <br> Counts 1 and 2 of Indictment |

The United State's Motion to Dismiss Counts 1 and 2 of the Indictment, as to defendant REX S. ALADO a/k/a "REX," filed on November 9, 2005, is hereby granted.

**SO ORDERED** this __14__ day of November, 2005.

ROBERT CLIVE JONES*
UNITED STATES DISTRICT JUDGE

*ORIGINAL*

---

*The Honorable Robert Clive Jones, United States District Judge for Nevada, by designation.