# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Rex S. Alado, <br><br> Defendant. | Case No. 1:98-cr-00310 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed November 14, 2005,* on the dates indicated below:

*U.S. Attorney's Office*  *Samuel S. Teker*
*November 15, 2005*  *November 15, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and Notice of Entry filed November 14, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 15, 2005   /s/ Virginia T. Kilgore
                                              Deputy Clerk