**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Rex S. Alado aka "Rex*

FILED
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR98-00310 |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| PRUDENCIO MANTANONA aka "LARRY" and REX S. ALADO aka "REX", | |
| Defendants. | |

----------

Notice is hereby given that REX S. ALADO aka "REX", the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from Defendant Alado's Motion to Withdraw Plea Agreement entered and argued in this action on November 8, 2005.

Dated at Hagåtña, Guam, this 28th day of November, 2005.

**TEKER TORRES & TEKER, P.C.**

By: _____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant,*
*Rex S. Alado aka "Rex"*

ORIGINAL