UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
DISTRICT COURT OF GUAM
JAN -8 2007
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. REX S. ALADO, a.k.a. REX, Defendant - Appellant. | No. 05-10770<br>D.C. No. CR-98-00310-2-RCJ<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District Of Guam (Hagatna).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 12/12/06

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST
JAN 0 3 2007
by:
Deputy Clerk

FILED

DEC 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10770 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-98-00310-2-RCJ |
| v. | |
| REX S. ALADO, a.k.a. REX, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Guam
Robert C. Jones, District Judge, Presiding

Submitted December 4, 2006**

Before: GOODWIN, RYMER, and FISHER, Circuit Judges.

Rex S. Alado appeals from the district court's denial of his motion to withdraw his plea agreement, in which Alado agreed to plead guilty to one count of conspiracy to possess crystal methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\** This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

We dismiss in light of the valid appeal waiver. *See United States v. Jeronimo*, 398 F.3d 1149, 1153-54 (9th Cir.), *cert. denied*, 126 S. Ct. 198 (2005); *United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

JAN 0 3 2007

by: _____
Deputy Clerk