rexaladouns

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REX S. ALADO aka "Rex", <br><br> Defendant. | CRIMINAL CASE NO. 98-00310 <br><br> **APPLICATION TO UNSEAL RECORDS** |

The United States moves this Honorable Court for an order unsealing the following documents in the above-entitled case for the reason that the investigation is now complete

Document Numbers: 62, 64, 65, 73, 75, 77, 78, 80, 81, 82, 85, 87, 89, 90, 91, 92, 93, 95, 96, and 99.

Respectfully submitted this 8h day of February 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney