PROB 12C
(7/93)

# *United States District Court*

for

*District of Guam*

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Rex S. Alado**          Case Number: **CR98-00310-002**

Name of Sentencing Judicial Officer:     The Honorable Robert Clive Jones, Designated Judge

Date of Original Sentence:     November 8, 2005

Original Offense: Count III - Conspiracy to Possess Crystal Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 846

Original Sentence: Time served followed by five years supervised release with conditions: shall not possess illegal controlled substances and submit to mandatory drug testing as directed by the probation officer; shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapon as defined by federal, state or local law; if ordered deported, he shall remain outside the United States and shall not re-enter without permission of the U.S. Attorney General, however, if he is not deported, he shall immediately report to the Probation Office to begin his term of supervised release; shall participate in and successfully complete a substance abuse treatment program which will include drug testing, outpatient counseling, or residential placement, and he shall contribute to the costs of services for treatment; and pay a special assessment fee of $100. **Conditions Modified:** Participate in post-treatment substance abuse testing pursuant to *U.S. vs. Stephens (9th Circ., 2005).*

Type of Supervision:     Supervised Release          Date Supervision Commenced: April 28, 2006

Assistant U.S. Attorney:     Marivic P. David          Defense Attorney:  Samuel S. Teker

## PETITIONING THE COURT

[X]  To issue a warrant.

[ ]  To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision, all in violation of 18 U.S.C. § 3583:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

*Mandatory Condition*  *The defendant shall not commit another federal, state or local crime.*

*Standard Condition 1*  *The defendant shall not leave the judicial district without permission of the court or probation officer.*

*Standard Condition 3*  *The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer.*

*Standard Condition 5*  *The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.*

Violation Number | Nature of Noncompliance (continued)

*Standard Condition 6* | *The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.*

*Standard Condition 9* | *The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.*

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for        years, for a total term       years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
***Declaration in Support of Petition,***
***Violation of Supervised Release Conditions; Request for a Warrant***
**submitted by U.S. Probation Officer Maria C. Cruz**

Reviewed by:

I declare under penalty of perjury that the forgoing is true and correct.

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

 /s/ MARIA C. CRUZ
U.S. Probation Officer

Date: June 27, 2008

Executed on: June 27, 2008

---

**THE COURT ORDERS:**

☐ No Action.

☒ The Issuance of a Warrant.

☐ The Issuance of a Summons.

☐ Other.

 /s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Jun 30, 2008**