LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 98-00310 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER UNSEALING RECORDS** |
| | ) | |
| REX S. ALADO, aka "Rex", | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Through an application to unseal the documents having come before this court finding

good cause for the issuance of the order,

IT IS SO ORDERED that the following documents be unsealed:

• Plea Agreement (Docket No. 62);

• Minute Entry for Change of Plea Hearing (Docket No. 64);

• Application to Seal Plea Agreement and Change of Plea Hearing, and Order
(Docket No. 65);

• Stipulations to Continue Status Hearing, and Orders (Docket Nos. 73, 75, 78, 80,
81, 82, 85, 87, 89, 90, 91, 92, 94, 95, 96, 97, 98, and 99);

• Order Continuing Status Hearing (Docket No. 77);

• Order Denying Release to Third Party Custodian (Docket No. 93); and

• Notice Rescheduling Status Hearing (Docket No. 100).

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Aug 22, 2008**